UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

AUTHAR L. CAUSEY and
VICKIE R. RUFFIN

    Plaintiffs,

v.                          Case No. 3:15cv170/MCR/CJK

DR. DAVID SNELL GRAVES;
PRESIDENT BARRACK OBAMA;
AND MICHELLE OBAMA,

    Defendants.
_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated May 6, 2015. (Doc. 5). Plaintiffs have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    This case is DISMISSED WITHOUT PREJUDICE for plaintiffs' failure to prosecute and/or failure comply with an order of the court or, in the alternative, failure to state a cause of action upon which relief can be granted.

3. The clerk is directed to close the file.

**DONE AND ORDERED** this 16th day of July, 2015.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**